# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Shaveka Shantel McQueen ,

    Debtor.

Case No. 20–31873
Chapter 13

# ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *National Credit Systems, Inc.*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated December 12, 2020

William R. Sawyer
United States Bankruptcy Judge