## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                  Case No. 20−31873
                                                                                       Chapter 13
Shaveka Shantel McQueen ,

    Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

    An objection was filed to the claim(s) of *National Credit Systems, Inc.*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

    **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated December 12, 2020

William R. Sawyer
United States Bankruptcy Judge

In re:                                                                                                                             Case No. 20-31873-WRS

Shaveka Shantel McQueen                                                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1127-2                                             User: blivingst                                                    Page 1 of 1

Date Rcvd: Dec 14, 2020                                  Form ID: osobjclm                                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4472631 | Email/Text: bankruptcy@nationalcreditsystems.com | Dec 14 2020 21:10:00 | National Credit Systems, P. O. Box 312125, Atlanta, GA 31131 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020                                Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Eagle Landing LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Michael Brock | on behalf of Debtor Shaveka Shantel McQueen bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Richard C. Dean, Jr. | on behalf of Creditor Renaissance Properties L.L.C. rdean@mindspring.com, collector2@deanlawfirm.org;collector3@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5