# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 20−31873
                                                         Chapter 13
Shaveka Shantel McQueen ,

      Debtor.


## ORDER DISMISSING BANKRUPTCY CASE

      Since the debtor filed a motion to dismiss this chapter 13 bankruptcy case, and the case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208, it is

      **ORDERED** that this bankruptcy case is **DISMISSED.** It is

      **FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

      All pending motions and objections are terminated with this order. If this case is reinstated, any motions so terminated may be refiled without an additional filing fee.


Dated February 4, 2021



William R. Sawyer
United States Bankruptcy Judge




NOTICE:
Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

United States Bankruptcy Court

Middle District of Alabama

In re:                                                                   Case No. 20-31873-WRS

Shaveka Shantel McQueen                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                          User: cbohart                                     Page 1 of 2
Date Rcvd: Feb 04, 2021                        Form ID: odsm13                            Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaveka Shantel McQueen, 716 Marshall Street, Wetumpka, AL 36092-1312 |
| 4472626 | + | CityR Eagle Landing, LLC, c/o Darby Law Firm, LLC, P.O. Box 3905, Montgomery, AL 36109-0905 |
| 4472627 | | Clerk of Court, P.O. Box 1667, Montgomery, AL 36102-1667 |
| 4472628 | + | Collection Bur of Amer, 25954 Eden Landing, First Floor, Hayward, CA 94545-3837 |
| 4484565 | | Emergency Services of Montgomery, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 4472629 | + | Holloway Credit Solutions, PO Box 230609, Montgomery, AL 36123-0609 |
| 4472630 | | Merchants Adj Service, PO Box 7511, Mobile, AL 36670-0511 |
| 4472632 | | NCA, PO Box 550327 W Fourth Street, Hutchinson, KS 67504-0550 |
| 4495385 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4474812 | | Renaissance Properties, L.L.C., c/o Richard C. Dean, Jr., P.O. Box 1028, Montgomery, AL 36101-1028 |
| 4472634 | + | Renaissance Properties, LLC, 3045 Woodley Road, Montgomery, AL 36116-3148 |
| 4472635 | + | Richard C. Dean, Jr., PO Box 1028, Montgomery, AL 36101-1028 |
| 4481737 | + | THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An A, c/o CHAMBLESS-MATH & CARR, PC, P.O. BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4472636 | + | Villas at the Curve Apartments, 5800 Eagle Circle, Montgomery, AL 36116-6117 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4472631 | Email/Text: bankruptcy@nationalcreditsystems.com | Feb 04 2021 20:21:00 | National Credit Systems, P. O. Box 312125, Atlanta, GA 31131 |
| 4472633 | Email/Text: info@phoenixfinancialsvcs.com | Feb 04 2021 20:21:00 | Phoenix Financial, PO Box 361450, Indianapolis, IN 46236 |
| 4472637 | Email/Text: bankruptcytn@wakeassoc.com | Feb 04 2021 20:21:00 | Wakefield and Associates, PO Box 50250, Knoxville, TN 37950-0250 |
| 4483384 | Email/Text: bankruptcytn@wakeassoc.com | Feb 04 2021 20:21:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Eagle Landing LDarbyEsq@knology.net  bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Michael Brock | on behalf of Debtor Shaveka Shantel McQueen bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Richard C. Dean, Jr. | on behalf of Creditor Renaissance Properties  L.L.C. rdean@mindspring.com, collector2@deanlawfirm.org;aoberdeen@deanlawfirm.org |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 5